In the Matter of the Accounting of NEHEMIAH HAYDEN, as Executor of HENRY ALLEN, Deceased.

SARAH H. HAYDEN, Individually and as Executrix of NEHEMIAH HAYDEN, Deceased, et al., Appellants; PHEBE A. DONCOURT, as Substituted Trustee, Respondent.

(Submitted March 4, 1912; decided March 8, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 330.)

JOHN QUINN, Appellant, *v.* THOMAS H. WHITNEY et al., Respondents.

(Submitted March 4, 1912; decided March 8, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 363.)